**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000519
10-OCT-2025
09:20 AM
Dkt. 78 OAWST**

NO. CAAP-23-0000519

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DENNIS V. BOGDANOV, LISA J. VEJAR; and DAVE M. VEJAR,
Plaintiffs-Appellants,
BRADLEY C. BENGE, CHRIS J. FABYONIC; ANDREA L. HENKE;
JAMES R. RABAGO; NATALIE L. RABAGO; ROGER RIZZO;
BRIAN C. TRAICHEL; MARINA UMNUS; MICHAEL UMNUS; ANDREW ORTEGA,
Plaintiffs-Appellees,
v.
BANK OF AMERICA, N.A., MARK H. BUSHLOW; WELLS FARGO BANK, N.A.;
CHASE G. JOHNSON; DANICA L. JOHNSON; LOANDEPOT.COM, LLC, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
as nominee for LoanDepot.com, LLC, Defendants-Appellees, and
DOE DEFENDANTS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CC191000168(2))

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon consideration of Plaintiffs-Appellants Dennis V.

Bogdanov, Lisa J. Vejar, and Dave M. Vejar (**Bogdanov et al.**),

Defendant-Appellee Bank of America, N.A. (**BoA**), and Defendants-

Appellees Mark H. Bushlow, Wells Fargo Bank, N.A., Chase G.

Johnson, Danica L. Johnson, LoanDepot.com, LLC, and Mortgage

Electronic Registration Systems, Inc., as nominee for LoanDepot.com, LLC's (**Bushlow et al.**) "Stipulation for Dismissal with Prejudice of Appeal" (**Stipulation to Dismiss**), filed October 6, 2025 (Docket 75), the papers in support, and the record and files herein, it appears that:

    (1)   On October 6, 2025, Bogdanov et al., BoA, and Bushlow et al. filed the Stipulation to Dismiss pursuant to Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b);

        a.   The Stipulation to Dismiss provides that Bogdanov et al., BoA, and Bushlow et al. stipulate and agree to dismiss "with prejudice" the "Notice of Appeal," filed September 7, 2023 (Docket 1);

        b.   "There are no remaining claims by or against any parties to the Appeal";

        c.   "Each party shall bear their own fees and costs incurred with respect to this Appeal"; and

        d.   The Stipulation to Dismiss is dated and signed by Bogdanov et al.'s counsel, BoA's counsel, and Bushlow et al.'s counsel.

    (2)   This appeal was docketed on September 7, 2023.

    (3)   No payment is due.

The Stipulation to Dismiss complies with HRAP Rule 42(b), which provides in relevant part, "If the parties to a docketed appeal or other proceeding sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court."

Therefore, IT IS ORDERED that the Stipulation to Dismiss is approved.  The parties shall bear their own attorneys fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, October 10, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimerly T. Guidry
Associate Judge